IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL JIMENEZ DE LOS SANTOS,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| v. | : | |
| | : | |
| **KRISTI NOEM, Secretary of the U.S.** | : | |
| **Department of Homeland Security, et al.,** | : | |
| *Respondents.* | : | **NO. 25-6155** |

## ORDER

**AND NOW**, this **24th day** of **November 2025**, after review of the docket and upon consideration of Petitioner's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 10), and this case having been transferred to the United States District Court for the Western District of Pennsylvania (ECF No. 9), it is hereby **ORDERED** that:

1. Petitioner's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 10) is hereby **TRANSFERRED** to the Western District of Pennsylvania;

2. Petitioner is instructed that any future filings are to be filed in the Western District of Pennsylvania; and

3. The above-captioned matter shall remain **CLOSED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**